# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Mary Nagel, ) | |
| a/k/a Mary J. Nagel, ) | |
| a/k/a Mary Jane Nagel, ) | |
| a/k/a Mary Beyer Nagel, ) | Case No. 4:12-cr-108 |
| a/k/a Mary Jane Beyer Hanenberg, ) | |
| ) | |
| Defendant. ) | |

Defendant's initial appearance and arraignment were scheduled for July 9, 2012. Her initial appearance and arraignment shall be rescheduled for July 19, 2012, at 1:30 p.m. in Fargo before the undersigned (via video).

**IT IS SO ORDERED.**

Dated this 5th day of July, 2012.

>                         */s/ Charles S. Miller, Jr.*
>                         Charles S. Miller, Jr.
>                         United States Magistrate Judge